

# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

231 WEST LAFAYETTE BLVD. – ROOM 802

DETROIT, MICHIGAN 48226

CHAMBERS OF
**DAVID M. LAWSON**
UNITED STATES DISTRICT JUDGE

(313) 234-2660

June 30, 2008

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

RECEIVED
2008 JUL -7 A 10: 52
FINANCIAL
DISCLOSURE OFFICE

Attn: Mr. George D. Reynolds

*Re: Calendar Year 2007 Filing - Amended Report*

Dear Mr. Reynolds:

In response to Judge's Smith's letter of June 23, 2008, I have enclosed an amended financial disclosure report for calendar year 2007. I believe this report addresses the discrepancies outlined by Judge Smith in his letter. Please contact me if you need any additional information in order to close my 2007 report.

Thank you for your assistance.

Sincerely,

David M. Lawson

DML/skp
encl

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lawson, David M | U.S. District Court, E.D. Mich | 06/28/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - active | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2007 to 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 231 W. Lafayette Blvd. Rm. 802 <br> Detroit, MI 48226 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Custodian | Custodian accounts 1 through 9 |
| 2. Director | High Sierra, Inc. |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2008 JUL -1 A 10: 52 RECEIVED FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M | 06/28/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 6/2007 | Rutter Group (seminar taught) | $ 500.00 |
| 2. 4, 8/2007 | Thomas M. Cooley Law School (Teaching) | $ 20000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1-12/2007 | Ford Motor Company (wages) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | S.E.A.K., Inc. | August 15-19 | Falmouth, Massachusetts | Evidence seminar taught | Travel, Lodging, Food |
| 2. | The Rutter Group | June 13 | Detroit, Michigan | Procedure seminar taught | Parking |
| 3. | American Bar Association | February 28-March 2 | San Diego, California | Speaker at seminar | Travel, Food, Lodging |
| 4. | Int'l Ass'n of Defense Counsel | July 28-August 1 | San Francisco, California | Speaker at seminar | Travel |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M | 06/28/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Emmet Denha | Weekend stay at his house in Florida and golf | $ 700.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Detroit Edison Common Stock | A | Dividend | K | T | | | | | |
| 2.   Boston Capital Fund Series 30 | A | Interest | J | T | | | | | |
| 3.   Walt Disney Company common stock | A | Dividend | J | T | | | | | |
| 4.   CGM Advisor Targeted Eq (f/k/a CDC Nvest Class A) | A | Dividend | J | T | Partial sale | 8/3 | J | B | |
| 5.   IXIS Value Fund A (f/k/a CDC Nvest Star Fund A) | A | Dividend | J | T | Partial sale | 8/15 | J | B | |
| 6.   Harris Assoc Large Cap | A | Dividend | J | T | Partial sale | 5/22 | J | B | |
| 7.   CNL Income Fund XIV Ltd.* | A | Dividend | J | T | | | | | |
| 8.   Wells Real Estate Investment Fund VI* | A | Dividend | | | Sold | 9/15 | J | A | |
| 9.   American Funds -- Bond Fund of America* | A | Dividend | J | T | | | | | |
| 10.  American Funds -- New Economy Fund* | A | Dividend | J | T | | | | | |
| 11.  American Funds -- New Perspective Fund* | A | Dividend | J | T | | | | | |
| 12.  NCR Corp common stock | | None | J | T | | | | | |
| 13.  High Sierra, Inc. | | None | K | T | | | | | |
| 14.  American Funds -- Growth Fund of America (Class A) | A | Dividend | J | T | Partial sale | 11/29 | J | A | |
| 15.  American Funds -- Growth Fund of America (Custodian) | B | Dividend | J | T | | | | | |
| 16.  Courtland General Money Market Fund* | A | Interest | K | T | | | | | |
| 17.  Short Term U.S. Govt. Cl. B. fund* | B | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A  S1,000 or less | B  S1,001 - S2,500 | C  S2,501 - S5,000 | D  S5,001 - S15,000 | E  S15,001 - S50,000 |
|---|---|---|---|---|---|
| | F  S50,001 - S100,000 | G  S100,001 - S1,000,000 | H1  S1,000,001 - S5,000,000 | H2  More than S5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J  -S15,000 or less | K  S15,001 - S50,000 | L  S50,001 - S100,000 | M  S100,001 - S250,000 | |
| | N  S250,001 - S500,000 | O  S500,001 - S1,000,000 | P1  S1,000,001 - S5,000,000 | P2  S5,000,001 - S25,000,000 | |
| | P3  S25,000,001 - S50,000,000 | | P4  More than S50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q  Appraisal | R  Cost (Real Estate Only) | S  Assessment | T  Cash Market | |
| | U  Book Value | V  Other | W  Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M | 06/28/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SSgA Yield Enhanced STIF | | None | | | Closed | 2/1 | J | A | |
| 19. Goldman Sachs Select Equity Fund* | A | Dividend | K | T | Addition buy | 12/20 | J | | |
| 20. Goldman Sachs Select Equity Fund* | | | | | Addition Buy | 12/31 | J | | |
| 21. Oppenheimer Total Return Fund* | | | | | Transfer | 1/5 | K | | |
| 22. Oppenheimer Equity Fund Class A* | A | Dividend | K | T | Addition Buy | 1/5 | K | | |
| 23. Oppenheimer Equity Fund Class A* | | | | | Addition Buy | 12/31 | J | | |
| 24. Davis N Y Venture Fund* | A | Dividend | K | T | Addition Buy | 12/31 | J | | |
| 25. Eaton Vance Growth & Income Fund (Large Cap)* | A | Dividend | K | T | Partial sale | 12/20 | J | A | |
| 26. Touchstone Strategic Trust (f/k/a Large Cap Growth Fund)* | A | Dividend | K | T | Patrial sale | 12/20 | J | B | |
| 27. Evergreen Specail Values Fund* | A | Dividend | K | T | Addition buy | 12/20 | J | | |
| 28. Value Line Emerging Opportunities Fund* | A | Dividend | K | T | | | | | |
| 29. Neuberger Berman Int'l Equity Fund* | A | Dividend | | | Sold | 7/3 | J | A | |
| 30. Templeton Foreign Fund* | A | Dividend | | | Sold | 6/8 | K | A | |
| 31. Delaware Emerging Markets Fund* | A | Dividend | | | Sold | 7/6 | J | B | |
| 32. Eaton Vance Emerging Markets Fund* | | | | | Partial sale | 12/20 | J | A | |
| 33. Eaton Vance Emerging Markets Fund* | A | Dividend | J | T | Addition Buy | 12/31 | J | | |
| 34. Charter One Bank | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A  $1.000 or less | B  $1.001 - $2.500 | C  $2.501 - $5.000 | D  -$5.001 - $15.000 | E  $15.001 - $50.000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F  $50.001 - $100.000 | G  $100.001 - $1.000.000 | H1  $1.000.001 - $5.000.000 | H2  More than $5.000.000 | |
| 2. Value Codes | J  $15.000 or less | K  $15.001 - $50.000 | L  -$50.001 - $100.000 | M  $100.001 - $250.000 | |
| (See Columns C1 and D3) | N  $250.001 - $500.000 | O  $500.001 - $1.000.000 | P1  $1.000.001 - $5.000.000 | P2  $5.000.001 - $25.000.000 | |
| | P3  $25.000.001 - $50.000.000 | | P4  More than $50.000.000 | | |
| 3. Value Method Codes | Q  Appraisal | R  Cost (Real Estate Only) | S  Assessment | T  Cash Market | |
| (See Column C2) | U  Book Value | V  Other | W  Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M | 06/28/2008 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Phoenix Insight Small Cap Opportunity Fund* | A | Dividend | K | T | Addition buy | 12/20 | J | | |
| 36. Phoenix Insight Small Cap Opportunity Fund* | | | | | Addition buy | 12/31 | J | | |
| 37. Northern Small Cap Value Fund* | A | Dividend | K | T | Addition buy | 12/18 | J | | |
| 38. Northern Small Cap Value Fund* | | | | | Addition buy | 12/27 | J | | |
| 39. Growth Fund of America Class F* | A | Dividend | K | T | Buy | 1/31 | K | | |
| 40. Growth Fund of America Class F* | | | | | Partial sale | 12/20 | J | | |
| 41. Growtrh Fund of America Class F* | | | | | Addition buy | 12/31 | J | | |
| 42. American Europacific Growth Fund* | A | Dividend | K | T | Buy | 7/9 | K | | |
| 43. American Europacific Growth Fund* | | | | | Addition buy | 12/31 | J | | |
| 44. Excelsior Emerging Markets Fund* | A | Dividend | J | T | Buy | 7/5 | J | | |
| 45. Excelsior Emerging Markets Fund* | | | | | Addition buy | 12/27 | J | | |
| 46. Fidelity Advisor Diversified Int'l Fund Europacific* | A | Dividend | K | T | Buy | 6/11 | K | | |
| 47. Fidelity Advisor Diversified Int'l Fund Europacific* | | | | | Addition buy | 12/20 | J | | |
| 48. Fidelity Advisor Diversified Int'l Fund Europacific* | | | | | Addition buy | 12/31 | J | | |
| 49. IXIS AEW Real Estate Fund (Custodian) | A | Dividend | J | T | Buy | 9/10 | J | | |
| 50. IXIS CGM Advance Targeted Equity Fund (Custodian) | A | Dividend | J | T | Buy | 9/10 | J | | |
| 51. Ford Motor Company Common | | None | J | T | Buy | 3/14 | J | | |

| 1. Income Gain Codes: | A S1,000 or less | B S1,001 - S2,500 | C S2,501 - S5,000 | D S5,001 - S15,000 | E S15,001 - S50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F S50,001 - S100,000 | G S100,001 - S1,000,000 | H1 S1,000,001 - S5,000,000 | H2 More than S5,000,000 | |
| 2. Value Codes | J S15,000 or less | K S15,001 - S50,000 | L S50,001 - S100,000 | M S100,001 - S250,000 | |
| (See Columns C1 and D3) | N S250,001 - S500,000 | O S500,001 - S1,000,000 | P1 S1,000,001 - S5,000,000 | P2 S5,000,001 - S25,000,000 | |
| | P3 S25,000,001 - S50,000,000 | | P4 More than S50,000,000 | | |
| 3. Value Method Codes | Q Appraisal | R Cost (Real Estate Only) | S Assessment | T Cash Market | |
| (See Column C2) | U Book Value | V Other | W Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M | 06/28/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | ISI Total Return Treasury Fund (DC) (Cunstodian) | A | None | | | Sold | 1/2 | J | A | |

| 1. Income Gain Codes: | A S1,000 or less | B S1,001 - S2,500 | C S2,501 - S5,000 | D S5,001 - S15,000 | E S15,001 - S50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F S50,001 - S100,000 | G S100,001 - S1,000,000 | H1 S1,000,001 - S5,000,000 | H2 More than S5,000,000 | |
| 2. Value Codes | J S15,000 or less | K S15,001 - S50,000 | L S50,001 - S100,000 | M S100,001 - S250,000 | |
| (See Columns C1 and D3) | N S250,001 - S500,000 | O S500,001 - S1,000,000 | P1 S1,000,001 - S5,000,000 | P2 S5,000,001 - S25,000,000 | |
| | P3 S25,000,001 - S50,000,000 | | P4 More than S50,000,000 | | |
| 3. Value Method Codes | Q Appraisal | R Cost (Real Estate Only) | S Assessment | T Cash Market | |
| (See Column C2) | U Book Value | V Other | W Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M | 06/28/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Custodian positions in Part I are for accounts under the Uniform Gifts to Minors Act.

2. Investments in Part VII designated with an astrisk (*) are held in an IRA of reporter ▮▮▮▮▮▮

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lawson, David M | U.S. District Court, E.D. Mich | 05/13/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - active | ☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2007<br>to<br>12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 231 W. Lafayette Blvd. Rm. 802<br>Detroit, MI 48226 | Reviewing Officer_____ Date_____ |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Custodian | Custodian accounts 1 through 9 |
| 2. | Director | High Sierra, Inc. |
| 3. | | |
| 4. | | |
| 5. | | |

RECEIVED 2008 MAY 19 P 1:32 DISCLOSURE FINANCIAL OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 6/2007 | Rutter Group (seminar taught) | $ 500.00 |
| 2. 4, 8/2007 | Thomas M. Cooley Law School (Teaching) | $ 20000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1-12/2007 | Ford Motor Company (wages) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | S.E.A.K., Inc. | August 15-19 | Falmouth, Massachusetts | Evidence seminar taught | Travel, Lodging, Food |
| 2. | The Rutter Group | June 13 | Detroit, Michigan | Procedure seminar taught | Parking |
| 3. | American Bar Association | February 28-March 2 | San Diego, California | Speaker at seminar | Travel, Food, Lodging |
| 4. | Int'l Ass'n of Defense Counsel | July 28-August 1 | San Francisco, California | Speaker at seminar | Travel |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M | 05/13/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Emmet Denha | Weekend stay at his house in Florida and golf | $ 700.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Detroit Edison Common Stock | A | Dividend | K | T | | | | | |
| 2. Boston Capital Fund Series 30 | A | Interest | J | T | | | | | |
| 3. Walt Disney Company common stock | A | Dividend | J | T | | | | | |
| 4. CGM Advisor Targeted Eq (f/k/a CDC Nvest Class A) | A | Dividend | J | T | Partial sale | 8/3 | J | B | |
| 5. IXIS Value Fund A (f/k/a CDC Nvest Star Fund A) | A | Dividend | J | T | Partial sale | 8/15 | J | B | |
| 6. Harris Assoc Large Cap | A | Dividend | J | T | Partial sale | 5/22 | J | B | |
| 7. CNL Income Fund XIV Ltd.* | A | Dividend | J | T | | | | | |
| 8. Wells Real Estate Investment Fund VI* | A | Dividend | | | Sold | 9/15 | J | A | |
| 9. Bond Fund of America* | A | Dividend | J | T | | | | | |
| 10. New Economy Fund* | A | Dividend | J | T | | | | | |
| 11. New Perspective Fund* | A | Dividend | J | T | | | | | |
| 12. NCR Corp common stock | | None | J | T | | | | | |
| 13. High Sierra, Inc. | | None | K | T | | | | | |
| 14. Growth Fund of America (Class A) | A | Dividend | J | T | Partial sale | 11/29 | J | A | |
| 15. Growth Fund of America (Custodian) | B | Dividend | J | T | | | | | |
| 16. Courtland General Money Market Fund* | A | Interest | K | T | | | | | |
| 17. Short Term U.S. Govt. Cl. B. fund* | B | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A S1,000 or less F S50,001 - S100,000 | B S1,001 - S2,500 G S100,001 - S1,000,000 | C S2,501 - S5,000 H1 S1,000,001 - S5,000,000 | D S5,001 - S15,000 H2 More than S5,000,000 | E S15,001 - S50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J S15,000 or less N S250,001 - S500,000 P3 S25,000,001 - S50,000,000 | K S15,001 - S50,000 O S500,001 - S1,000,000 | L S50,001 - S100,000 P1 S1,000,001 - S5,000,000 P4 More than S50,000,000 | M S100,001 - S250,000 P2 S5,000,001 - S25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q Appraisal U Book Value | R Cost (Real Estate Only) V Other | S Assessment W Estimated | T Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SSgA Yield Enhanced STIF | | None | | | Closed | 2/1 | J | A | |
| 19. Goldman Sachs Select Equity Fund* | A | Dividend | K | T | Addition buy | 12/20 | J | | |
| 20. Goldman Sachs Select Equity Fund* | | | | | Addition Buy | 12/31 | J | | |
| 21. Oppenheimer Total Return Fund* | | | | | Transfer | 1/5 | K | | |
| 22. Oppenheimer Equity Fund Class A* | A | Dividend | K | T | Addition Buy | 1/5 | K | | |
| 23. Oppenheimer Equity Fund Class A* | | | | | Addition Buy | 12/31 | J | | |
| 24. Davis N Y Venture Fund* | A | Dividend | K | T | Addition Buy | 12/31 | J | | |
| 25. Eaton Vance Growth & Income Fund (Large Cap)* | A | Dividend | K | T | Partial sale | 12/20 | J | A | |
| 26. Touchstone Strategic Trust (f/k/a Large Cap Growth Fund)* | A | Dividend | K | T | Patrial sale | 12/20 | J | B | |
| 27. Evergreen Specail Values Fund* | A | Dividend | K | T | Addition buy | 12/20 | J | | |
| 28. Value Line Emerging Opportunities Fund* | A | Dividend | K | T | | | | | |
| 29. Neuberger Berman Int'l Equity Fund* | A | Dividend | | | Sold | 7/3 | J | A | |
| 30. Templeton Foreign Fund* | A | Dividend | | | Sold | 6/8 | K | A | |
| 31. Delaware Emerging Markets Fund* | A | Dividend | | | Sold | 7/6 | J | B | |
| 32. Eaton Vance Emerging Markets Fund* | | | | | Partial sale | 12/20 | J | A | |
| 33. Eaton Vance Emerging Markets Fund* | A | Dividend | J | T | Addition Buy | 12/31 | J | | |
| 34. Charter One Bank | B | Interest | L | T | | | | | |

1. Income Gain Codes:    A S1,000 or less    B S1,001 - S2,500    C S2,501 - S5,000    D S5,001 - S15,000    E S15,001 - S50,000
(See Columns B1 and D4)    F S50,001 - S100,000    G S100,001 - S1,000,000    H1 S1,000,001 - S5,000,000    H2 More than S5,000,000
2. Value Codes    J S15,000 or less    K S15,001 - S50,000    L S50,001 - S100,000    M S100,001 - S250,000
(See Columns C1 and D3)    N S250,001 - S500,000    O S500,001 - S1,000,000    P1 S1,000,001 - S5,000,000    P2 S5,000,001 - S25,000,000
   P3 S25,000,001 - S50,000,000    P4 More than S50,000,000
3. Value Method Codes    Q Appraisal    R Cost (Real Estate Only)    S Assessment    T Cash Market
(See Column C2)    U Book Value    V Other    W Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent.<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Phoenix Insight Small Cap Opportunity Fund* | A | Dividend | K | T | Addition buy | 12/20 | J | | |
| 36. Phoenix Insight Small Cap Opportunity Fund* | | | | | Addition buy | 12/31 | J | | |
| 37. Northern Small Cap Value Fund* | A | Dividend | K | T | Addition buy | 12/18 | J | | |
| 38. Northern Small Cap Value Fund* | | | | | Addition buy | 12/27 | J | | |
| 39. Growth Fund of America Class F* | A | Dividend | K | T | Buy | 1/31 | K | | |
| 40. Growth Fund of America Class F* | | | | | Partial sale | 12/20 | J | | |
| 41. Growtrh Fund of America Class F* | | | | | Addition buy | 12/31 | J | | |
| 42. American Europacific Growth Fund* | A | Dividend | K | T | Buy | 7/9 | K | | |
| 43. American Europacific Growth Fund* | | | | | Addition buy | 12/31 | J | | |
| 44. Excelsior Emerging Markets Fund* | A | Dividend | J | T | Buy | 7/5 | J | | |
| 45. Excelsior Emerging Markets Fund* | | | | | Addition buy | 12/27 | J | | |
| 46. Fidelity Advisor Diversified Int'l Fund Europacific* | A | Dividend | K | T | Buy | 6/11 | K | | |
| 47. Fidelity Advisor Diversified Int'l Fund Europacific* | | | | | Addition buy | 12/20 | J | | |
| 48. Fidelity Advisor Diversified Int'l Fund Europacific* | | | | | Addition buy | 12/31 | J | | |
| 49. IXIS AEW Real Estate Fund (Custodian) | A | Dividend | J | T | Buy | 9/10 | J | | |
| 50. IXIS CGM Advance Targeted Equity Fund (Custodian) | A | Dividend | J | T | Buy | 9/10 | J | | |
| 51. Ford Motor Company Common | | None | J | T | Buy | 3/14 | J | | |

| 1. Income Gain Codes: | A $1,000 or less | B $1,001 - $2,500 | C $2,501 - $5,000 | D $5,001 - $15,000 | E $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F $50,001 - $100,000 | G $100,001 - $1,000,000 | H1 $1,000,001 - $5,000,000 | H2 More than $5,000,000 | |
| 2. Value Code. | J $15,000 or less | K $15,001 - $50,000 | L $50,001 - $100,000 | M $100,001 - $250,000 | |
| (See Columns C1 and D3) | N $250,001 - $500,000 | O $500,001 - $1,000,000 | P1 $1,000,001 - $5,000,000 | P2 $5,000,001 - $25,000,000 | |
| | P3 $25,000,001 - $50,000,000 | | P4 More than $50,000,000 | | |
| 3. Value Method Codes | Q Appraisal | R Cost (Real Estate Only) | S Assessment | T Cash Market | |
| (See Column C2) | U Book Value | V Other | W Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Lawson, David M | 05/13/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Custodian positions in Part I are for accounts under the Uniform Gifts to Minors Act.

2. Investments in Part VII designated with an astrisk (*) are held in an IRA of reporter or spouse.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544